IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KENTARKUIS JAMEL MORGAN,**

    **Plaintiff,**

v.                                                  Case No. 5:25cv24-MCR/MJF

**GRACEVILLE CORRECTIONAL
FACILITY, et al.,**

    **Defendants.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated April 10, 2025. ECF No. 7. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. §§ 1915A(b)(1), for maliciousness and abuse of the judicial process.

3.  The Clerk is directed to close the case.

**DONE AND ORDERED** this 22nd day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**